Lonnie D. Giamela (SBN 228435)
  E-Mail: lgiamela@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile:  (213) 330-4501

Attorneys for Defendant
REBORN CABINETS, LLC


Brian J. Lawler (SBN 221488)
E-Mail: blawler@pilotlawcorp.com
PILOT LAW, P.C.
4632 Mt. Gaywas Drive
San Diego, California 92117
Telephone: (619) 255-2398

Attorney for Plaintiff
CARLOS GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GONZALEZ, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>REBORN CABINETS, LLC, a California Limited Liability Company,<br><br>  Defendant. | Case No:  8:23-cv-00146-DOC-DFM<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  January 24, 2023<br>Trial Date: |

1
JOINT NOTICE OF SETTLEMENT

FP 47422956.2

**TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff CARLOS GONZALEZ ("Plaintiff") and Defendant REBORN CABINETS, LLC ("Defendant") (collectively, the "Parties") through their undersigned attorney of record, provide the Court with notice of the following:

1. The Parties have reached an agreement that will informally resolve this entire action.

2. A formal settlement agreement will be circulated between the parties for review, approval, and execution.

3. The Parties anticipate submitting a joint stipulation requesting the dismissal of this action, with prejudice and in its entirety, after satisfactory completion of the settlement terms by the Parties within sixty days.

**WHEREFORE**, the Parties hereby jointly provide notice to the Court of resolution of this action and the forthcoming joint stipulation requesting dismissal of this action, with prejudice and in its entirety. This notice is without waiver of any defenses, all of which are expressly reserved

Dated: June 13, 2023            FISHER & PHILLIPS LLP

                                By:   */s/ Lonnie D. Giamela*
                                      Lonnie D. Giamela
                                      Attorneys for Defendant
                                      REBORN CABINETS, LLC

Dated: June 13, 2023            PILOT LAW, P.C.

                                By:   */s/*
                                      Brian J. Lawler
                                      Attorney for Plaintiff
                                      CARLOS GONZALEZ

**ECF SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 13, 2023                              FISHER & PHILLIPS LLP

                                        By:   */s/ Lonnie D. Giamela*
                                              Lonnie D. Giamela

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On June 13, 2023, I served the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Brian J. Lawler<br>China Cordier<br>PILOT LAW, P.C.<br>4632 Mt. Gaywas Drive<br>San Diego, California 92117 | Attorneys for Plaintiff<br>CARLOS GONZALEZ<br><br>Tel: (619) 255-2398<br>Email: blawler@pilotlawcorp.com;<br>chinaiacord@gmail.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by ELECTRONIC SERVICE]** - Based on an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed June 13, 2023 at Los Angeles, California.

| | |
|---|---|
| Cina Kim<br>Print Name | By: */s/ Cina Kim*<br>Signature |