Brian J. Lawler (SBN 221488)
**PILOT LAW, P.C.**
4632 Mt. Gaywas Drive
San Diego, California 92117
Telephone: (619) 255-2398
E-Mail: blawler@pilotlawcorp.com

Attorney for Plaintiff
CARLOS GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REBORN CABINETS, LLC, a California Limited Liability Company,<br><br>Defendant. | Case No:   8:23-cv-00146-DOC-DFM<br><br>**RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   January 24, 2023<br>Trial Date: |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Carlos Gonzalez, an individual, and Defendant, Reborn Cabinets, LLC, a California Limited Liability Company, by and through undersigned counsel, stipulate to dismiss Plaintiff's Complaint and all causes of action against Defendant with prejudice, each party to bear its own fees and costs.

Dated:  July 6, 2023                                   Respectfully submitted,

                                                                        PILOT LAW, P.C.


                                                          By:    */s/ Brian J. Lawler*
                                                                    Brian J. Lawler
                                                                    Attorneys for Plaintiff
                                                                    CARLOS GONZALEZ

Dated: July 6, 2023                               FISHER & PHILLIPS LLP

                                        By:  */s/ Lonnie D.Giamela*
                                               Lonnie D. Giamela
                                               Attorneys for Defendant
                                               REBORN CABINETS, LLC

### ECF SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 6, 2023                               PILOT LAW, P. C.

                                        By:  */s/ Brian J. Lawler*
                                             Brian J. Lawler

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using the Court's CM/ECF System and will be served upon all registered CM/ECF counsel of record this 6th day of July 2023.

/s/ Brian J. Lawler
Brian J. Lawler